1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| KATHLEEN GREENE<br>            Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS<br>810 Vermont Avenue NW<br>Washington, DC 20420<br><br>and<br><br>ERIC K. SHINSEKI, in his official capacity as<br>Secretary of U.S. Department of Veterans Affairs,<br><br>            Defendants. | Case No.: 12-1861<br><br>COMPLAINT |

**COMPLAINT**

The Plaintiff brings this action for injunctive, declaratory and monetary relief pursuant to the

Privacy Act of 1974, 5 U.S.C. § 552a et seq., the Freedom of Information Act, 5 U.S.C. § 552(a)

et seq., and the Federal Declaratory Judgment Act, 28 U.S.C. § 2201.

**Jurisdiction**

1.  This Court has jurisdiction over this action pursuant to 5 U.S.C. §§ 552a(g)(1),

552(a)(4)(B), and 28 U.S.C. § 1331.

**Venue**

2.  Venue is appropriate in the District under 5 U.S.C. §§ 552a(g)(5), 552(a)(4)(B), and 28

U.S.C. § 1391.

COMPLAINT – PAGE 1

ROBERT JOSEPH, ATTORNEY
P.O. BOX 595
RENTON, WA 98057
(425) 243-3593
rj@joseph-legal.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Parties**

3.  Plaintiff Kathleen Greene is a citizen of the United States, the State of Washington and
    resides in the Western District of Washington.

4.  Defendant U.S. Department of Veterans Affairs ("DVA") is an agency within the
    meaning of 5 U.S.C. § 552a(a)(1), and is in possession and/or control of records
    pertaining to the records requested. Defendant Eric K. Shinseki is named in his official
    capacity as Secretary of the agency. DVA maintains a system of records containing
    requested information and has possession and control of the records at issue in this
    Complaint.

**Facts**

5.  Plaintiff is a former employee of DVA who has pending discrimination complaints
    against DVA at the Equal Employment Opportunity Commission.

6.  Plaintiff submitted FOIA and Privacy Act request to the DVA Central Office and Seattle
    Regional Office on January 29, 2012. Plaintiff requested the following:

    *A. All records pertaining to light duty and/or special project assignments
    (including training) at the Seattle VA Regional Office for all locations and
    employees under its jurisdiction from May 1, 2010 to October 31, 2011,
    accounting for each day, the amount of time, and the number of employees
    assigned. Such information would be stored in a program called "ASPEN," an
    electronic time keeping system that accounts for work and special projects
    performed by each employee, and can be easily obtained.*

    *B. All records that mention or pertain to me.*

**COUNT 1 – Not Providing Metadata**

7.  Plaintiff requested that all e-mail communication, documents and records be provided in
    native searchable format including metadata, per *Armstrong v. Bush*. Plaintiff noted that
    no deviation from *Armstrong* would be accepted.

8.  On March 15, 2012 Plaintiff transmitted a written administrative appeal to DVA. Plaintiff
    administratively appealed refusal of DVA to provide metadata. Plaintiff also appealed the

COMPLAINT – PAGE 2

ROBERT JOSEPH, ATTORNEY
P.O. BOX 595
RENTON, WA 98057
(425) 243-3593
rj@joseph-legal.com

denial by DVA of Plaintiff's request for information as mentioned above in number 6(A) in a letter dated on February 22, 2012. Plaintiff administratively appealed to DVA on March 15, 2012 that the DVA does maintain a system of records that would allow for the requested records to be provided.

**Count: Not providing records under FOIA/Privacy Act to Plaintiff at No Charge**

9.  As mentioned above in item #8, Plaintiff on March 15, 2012 administratively appealed the decision to charge for records that Plaintiff was entitled to receive at no charge under the law. DVA has provided similarly requested information to other employees at no charge.

**Count: Violation of the FOIA: Failure to Comply With Statutory Deadlines**

10. Paragraphs 1-9 above are hereby incorporated by reference as if set forth fully herein.

11. DVA's response to Plaintiff's FOIA/Privacy Request violated the statutory deadlines imposed by the FOIA, including the deadlines set forth in 5 U.S.C. § 552(a)(6)(A) (2009).

12. Plaintiff has exhausted the applicable administrative remedies with respect to Plaintiff's FOIA Request. To date no response has been received.

13. DVA has wrongly withheld responsive agency records from Plaintiff.

14. Plaintiff is entitled to injunctive relief compelling the release and disclosure of the requested agency records.

**REQUESTED RELIEF**

WHEREFORE, Plaintiff prays that this Court:

A.  Order Defendants to make a complete determination regarding FOIA/Privacy Act Request of Plaintiff within five working days of the date of the Court's Order in this matter;

COMPLAINT – PAGE 3

ROBERT JOSEPH, ATTORNEY
P.O. BOX 595
RENTON, WA 98057
(425) 243-3593
rj@joseph-legal.com

1

2

B.  Order Defendants to produce all responsive agency records within ten business days of the

Court's Order in this matter;

3

C.  Award plaintiff its costs and reasonable attorneys' fees incurred in this action pursuant to 5

4

U.S.C. § 552(a)(4)(E) (2009); and

5

D.  Grant such other relief as the Court may deem just and proper.

6

7

8

9

Dated this 22nd day of October, 2012

10

/s/Robert Joseph

11

ROBERT JOSEPH, WSBA #40003
P.O. BOX 595
RENTON, WA 98057

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ROBERT JOSEPH, ATTORNEY
P.O. BOX 595
RENTON, WA 98057
(425) 243-3593
rj@joseph-legal.com